IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM WAYNE BROOKS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CAROLYN W. COLVIN, acting  )<br>Commissioner Social Security  )<br>Administration,  )<br>  )<br>  Defendant.  ) | Case No. CIV-15-556-HE |

## **JUDGMENT**

In accordance with the opinion and order issued this date, the decision of the Commissioner of the Social Security Administration is **REVERSED and REMANDED**.

**ENTERED** on June 27, 2016.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE